## 35959. CALE v. CALE.

JORDAN, Justice.

Appellant sought temporary modification of a permanent alimony judgment under Code Ann. § 30-220 (c). His petition was dismissed and he filed a notice of appeal.

Appellant also filed an application to appeal under Code Ann. § 6-701.1 which was denied by this court on its merits on December 21, 1979. This appeal is therefore dismissed.

*Appeal dismissed. All the Justices concur.*

DECIDED JANUARY 8, 1980.

Norman Cale, *pro se.*

*Lipscomb, Manton & Johnson, John Manton,* for appellee.